IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| ERIK SALAIZ, | § § § § § | |
| Plaintiff | § § | |
| versus | § § | |
| NATIONS CREDIT SOLUTIONS INC, a Delaware Corporation | § § § § | Civil Action No. 3:24-CV-00444 DB |
| Defendant, | § § | |
| And | § § | |
| JOHN DOE, | § § § | |
| Defendant(s). | § § § § | |

### JUDGMENT BY DEFAULT

Pursuant to Rule 55(b)(1), FRCP, it appears that judgment by default should be entered against Defendant Nations Credit Solutions Inc., based on the following:

1. Plaintiff has certified to personal jurisdiction and service of process and that the Defendant is not an infant, incompetent person, in active military service of the United Staes of America or its officers or agents.

2. Defendant Nations Credit Solutions Inc., has not appeared in this action.

3. The clerk's default of Defendant Nations Credit Solutions Inc., was entered on January 22, 2025.

1

4. The amount claimed is a sum certain in the amount of $40,050.00.

Accordingly, judgment is hereby entered in favor of the Plaintiff in the amount of $40,050.00.

Date: *MARCH 28, 2025*

_____
The Honorable David Briones
US District Judge